United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **EBONI BALDWIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:23-CV-00859** |
| | § | |
| **HOMESITE INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION

Before the Court is Defendant Homesite Insurance Company ("Homesite")'s Motion for Summary Judgment (ECF No. 94). On July 7, 2026, United States Magistrate Judge Dena H. Palermo issued a Report and Recommendation ("R&R") in this case, recommending that Homesite's Motion for Summary Judgment be granted in full (ECF No. 95). Plaintiff Eboni Baldwin timely objected to the R&R (ECF No. 97).

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the portions of the R&R to which Ms. Baldwin objected. The Court has also considered Ms. Baldwin's summary judgment response and evidence, which were submitted alongside her objections. Because Defendant's Motion for Summary Judgment was filed three days after this Court denied the pending discovery motions without prejudice and referred the case to Judge Palermo, Ms. Baldwin was under an obligation to respond without additional prompting from this Court or the magistrate judge. Still, the Court understands how these circumstances may have led to confusion regarding Ms. Baldwin's obligation to respond, and finds it appropriate to consider her response as though it were timely filed.

Even considering these additional filings, however, the Court agrees with the conclusions,

and the reasoning, of the R&R. The key fact upon which the R&R relief—that Homesite has paid Ms. Baldwin's appraisal award in full, including penalties under the Texas Prompt Payment of Claims Act—remains.[1] The Court also agrees with the R&R that the evidence is insufficient to create a genuine factual dispute regarding independent injury. Finally, the Court concurs in Judge Palermo's reasoning with regard to Ms. Baldwin's request to extend the discovery deadline.

Accordingly, the Court hereby **ADOPTS** the R&R and **GRANTS** the pending Motion for Summary Judgment in favor of Homesite.

**IT IS SO ORDERED.**

Signed at Houston, Texas on August 12, 2026.

Keith P. Ellison
United States District Judge

[1] In her summary judgment response, Ms. Baldwin appears to allege for the first time that Homesite did not in fact pay the full appraisal award. *See* ECF No. 97-1 at 9. But Homesite has submitted clear documentation of its payment of the full appraisal award and, in fact, paid the full amount into this Court's registry due to a dispute between Ms. Baldwin and her former attorney. Ms. Baldwin's mere contention to the contrary is not sufficient to overcome summary judgment.